UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. 5:20-MJ-00020-JLT |
| | ) |
| Plaintiff, | ) **UNSEALING ORDER** |
| v. | ) |
| | ) |
| ADRIAN PEREZ, | ) |
| | ) |
| Defendant. | ) |
| | ) |

Good cause appearing due to the defendant's pending initial appearance in the Eastern District of California, it is hereby ordered that the Complaint, arrest warrant, and related court filings in the above matter, be UNSEALED.

IT IS SO ORDERED.

Dated:   __August 5, 2020__                    _____**/s/ Jennifer L. Thurston**
                                                UNITED STATES MAGISTRATE JUDGE