**LAW OFFICE OF ALEKXIA TORRES STALLINGS**
Alekxia Torres Stallings SBN 296418
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: lextorres@lawtorres.com

Attorney for:
**ADRIAN PEREZ**

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:20-cr-00133-JLT-SKO |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE THE SENTENCING HEARING |
| **ADRIAN PEREZ**, | |
| Defendants. | |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE JENNIFER L. THURSTON AND LAURA JEAN BERGER, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, ADRIAN PEREZ, by and through his attorney of record, Alekxia Torres Stallings hereby requesting that the sentencing hearing currently set for Friday, June 3, 2022, be continued to June 24, 2021.  Defense counsel had an unexpected family matter and needs additional time to brief and gather supporting documents. The dates for formal objections only are being reset in accordance with the new sentencing date. I have spoken to AUSA Laura Jean Berger and she has no objection to continuing the matter.  In addition, all counsel and USPO Ross Micheli have agreed to continue the dates set forth in the Presentence Investigation Referral/Schedule to the following dates:

1

**Formal Objections Filed with Court and Served to Probation and Opposing Counsel June 3, 2022**

      **Reply, or Statement of Non-Opposition June 17, 2022**

      **Judgement and Sentencing Date June 24, 2022**

///

///

///

**IT IS SO STIPULATED.**

                                                                            Respectfully Submitted,

DATED: May 26, 2022　　　　　　　　　　　*/s/ Alekxia Torres Stallings*
　　　　　　　　　　　　　　　　　　　　　ALEKXIA TORRES STALLINGS
　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　Adrian Perez

DATED: May 26, 2022　　　　　　　　　　　*/s/Laura Jean Berger*
　　　　　　　　　　　　　　　　　　　　　LAURA JEAN BERGER
　　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

## **ORDER**

IT IS SO ORDER that the sentencing currently set for Friday, June 3, 2022, be continued to Friday, June 24, 2022.

IT IS SO ORDERED.

Dated: **May 26, 2022**              _____
                                      UNITED STATES DISTRICT JUDGE